FILED
JUL 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA CRUZ-PACKER
4800 Megan Drive
Clinton, Maryland 20735

    Plaintiff

v.

MICHALE CHERTOFF, SECRETARY
Department of Homeland Security
TSA Headquarters, West Tower
Arlington, Va 22202-4220

    Defendants

Case: 1:07-cv-01235
Assigned To : Unassigned
Assign. Date : 7/10/2007
Description: Employ. Discrim.

**JURY DEMAND.**

*JURY ACTION CASE RE-ASSIGNED TO: ROBERTS, J. RWR SEP 12 2007*

### COMPLAINT BASED ON UNLAWFUL EMPLOYMENT DISCRIMINATORY PRACTICES ON THE BASIS OF SEX (FEMALE), AND RACE, (AFRICAN-AMERICAN) SEXUAL IN VIOLATION OF THE CIVIL RIGHTS ACT OF 1966 AS AMENDED.

COMES NOW, Plaintiff Linda Cruz-Packer, and complains and alleges the following:

**Parties**

1)    Plaintiff is an adult and a resident of the State of Maryland. At all times herein Mentioned Plaintiff was employed by the US Department of Homeland Security, and Specifically the Transportation Security Administration.

2)    Upon Information and belief, Defendant Michael Chertoff is the Secretary of the US. Department of Homeland Security.

**Jurisdiction**

3)    This court has jurisdiction of this matter as a result of the Defendant Michael Chertoff is the Secretary of the US Department of Homeland Security where the Plaintiff Linda Cruz-Packer was employed. This court has jurisdiction as a result of a violation

1

of the Civil Rights Act of 1966, as amended.

## Statement of Facts Common To All Counts.

4) On June 4th, 2002, Plaintiff was offered the position of Transportation Security Specialist, SV-1801-J, with the Transportation Security Administration. The Plaintiff received a waiver to begin working pending the outcome of a successful OPM background investigation, and she began working in the TSA's Office of Internal Affairs and Program Review.

5) On June 30th, 2002, the Plaintiff was re-assigned to the position of Special Agent (Criminal Investigator), SV-1811-J.

6) In furtherance of OPM's background investigation, the Plaintiff submitted an SF-86, and a Declaration of Federal Employment, Form 306, to the Agency both dated March 3rd, 2003.

7) On 18th, 2004, the Defendant removed the Plaintiff from her position effective upon receipt of the notice as a result of determining that the Plaintiff was unsuitable for employment with the Department.

8) That similarly situated whites and White males who were similarly situated were not remove and or terminated from their position with the agency.

9) That the sole and or exclusive reason for the Plaintiff's termination and lack of suitability was the Plaintiff's race, (African-American) and sex, (Female), in violation the the Civil Rights Act of 1966, as amended.

### Count 1

### Defendants Have Engaged In an Unlawful employment Practice In Violation of the Civil Right Act of 1966, As Amended, On the Basis of My Sex (female), and Race, African-American.

2

10) That the Defendant has engaged in an unlawful employment proactive in violation

of the Civil Rights Act of 1966, as amended, on the basis of my sex (female).

11) That as a result of said violation the Plaintiff has been injured.

12) That as a result of that injury the Plaintiff has suffered damages.

WHEREFORE , the premises considered, the Plaintiff prays:

a) that this court enjoin the Defendant, their agents, servants and or employees, acting within the scope of their employment from continuing to engaged in the unlawful acts of discrimination against the Plaintiff, and from defaming the plaintiff;

b) that this court award the plaintiff judgment in her favor and against the Defendant;

c) that this court award the plaintiff compensatory damages in the amount of $1,000,000.00, against the Defendant;

d) that this court award the Plaintiff punitive damages against the Defendant in the amount of 500,000.00;

e) and that this court award the Plaintiff such other and further relief as it deems necessary.

Respectfully submitted

*Linda Cruz-Packer*

Linda Cruz-Packer, pro se
48000 Megan Drive
Clinton, Maryland 20735
(240) -602-4579

3

## JURY DEMAND

Plaintiff demands a trail by jury on all issues traible by a jury.

*Linda Cruz-Packer*
Linda Cruz-Packer