AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of Columbia

**FILED**
JUL 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Linda Cruz-Packer
Plaintiff

v.

Michael Chertoff, Secretary
US Department of Homeland Security
Transportation Security Administration (agency)
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07 1235

I, Linda Cruz-Packer, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☐ Yes        ☒ No        (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?        ☐ Yes        ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  11/6/06, $916.11 biweekly
   DC Gov't - DYRS
   8300 Riverton DR, Laurel, Md

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment        ☐ Yes    ☐ No
   b. Rent payments, interest or dividends                 ☐ Yes    ☐ No
   c. Pensions, annuities or life insurance payments       ☐ Yes    ☐ No
   d. Disability or workers compensation payments          ☐ Yes    ☐ No
   e. Gifts or inheritances                                ☐ Yes    ☐ No
   f. Any other sources                                    ☒ Yes    ☐ No

   RECEIVED
   MAY 1 8 2007
   NANCY MAYER WHITTINGTON, CLERK
   U.S. DISTRICT COURT

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   Unemployment Compensation $359 week ends in one week.

   2

4. Do you have **any** cash or checking or savings accounts?  (G Yes)    G No

   If "Yes," state the total amount. Checking $789.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    (G Yes)    G No

   If "Yes," describe the property and state its value.

   two vehicles   1991 Chevy Van $1,000
   1991 MR 2 Toyota $1,500

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   April Packer — daughter —
   Keith Packer — Son —

I declare under penalty of perjury that the above information is true and correct.

_____5/18/07_____    _____Linda Cruz-Packer_____
        Date                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

\* NOTE: I was granted a motion to proceed in Forma Paupers on November 21, 2006 in Case No. 06-2263 RWR

SEE Attached Financial Statement

**DISTRICT COURT OF THE DISTRICT OF COLUMBIA**
**FAMILY COURT**

Jacket No. _____                                                      5/18/07
                                                                                  Date

## FINANCIAL STATEMENT

_____ V. _____

NAME: Linda Cruz-Packer     SOCIAL SECURITY NO: 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     OCCUPATION: Criminal Investiga

NAME AND ADDRESS OF CURRENT EMPLOYER:
N/A

I claim 2 e
for withholding tax p

### INCOME INFORMATION*

1. Monthly gross wages ............... N/A ............ $ —

2. Less Mandatory Monthly Deductions:
   - Federal Income Tax ............ $ ____
   - State Income Tax ............ ____
   - Retirement:
     - FICA ............ ____
     - Social Security ............ ____
   - Medical Insurance ............ ____
   - Other ............ $ ____
   - TOTAL ............ $ 0

3. Monthly Net Wages ............ $ N/A
   (Subtract Line 2 from line 1)

4. Monthly income form all other sources
   (e.g., part.time or overtime wages, fees
   rents, dividends, commissions, unem.
   ployment compensation, disability,
   social security, retirement, interest,
   bonuses, etc.) ............ $ ____

5. Less Other Mandatory Monthly Deductions:
   - Federal Income Tax ............ $ ____
   - State Income Tax ............ ____
   - Retirement:
     - FICA ............ ____
     - Social Security ............ ____
   - Medical Insurance ............ ____
   - Other Unemployment ............ 1366
   - TOTAL ............ $ 1366

6. Monthly Net Income form
   All other sources ............ $ ____
   (Subtract Line 5 from Line 4)

7. Total Monthly Net
   - Disposable Income ............ $ ____
   - Total Monthly Gross Income ............ $ ____

8. Total Monthly Gross Income ............ $ ____
   (Add Lines 1 and 4)

### SUMMARY

9. Total Monthly Net
   Disposable Income ............ $ ____

10. Less Total Monthly Expenses ............ $ ____

### AVERAGE MONTHLY EXPENSES
Wife/Husband

**Housing, etc**
- Rent/Mortgages ............ $ 1400
- Utilities ............ 500
- Taxes ............

**Food**
- Groceries/Household Supplies ............ 200
- Meals Out ............

**Automobile**
- Payment ............ N/A
- Gas/Oil ............ 300
- Repairs ............ 100
- Insurance ............ 177 month /4
- Tags ............

Life Insurance ............ 55
(List beneficiaries)
Keith
April

Health Insurance (not listed as income deduction) ............ 50

**School**
- Tuition ............
- Supplies/Fees ............ 300

**Child Care Expenses**
- To allow for employment/Education ............
- To allow for recreation ............
- Lesson (e.g. music, dance, art) ............

Allowance ............
Clothing/Uniforms ............ 50
Dry Cleaning/Laundry ............
Medical Expenses ............ 50
(Unpaid by Insurance)
Charitable Contributions ............
Recreation ............ 50
Vacations ............
Miscellaneous ............

07 1235
**FILED**
JUL 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Periodic Payments Required on Bills:

$3233-

## LIABILITIES

| Type of Debt | To Whom Owned | Date Incurred | Total Amount of Debt | Amount Paid to Date | Bala |
|---|---|---|---|---|---|
| Mastercard | Citibank | 2/06 | $850 | $850 | $50 |
| DR. Oshea | Dr Oshea | 12/04 | 2,000 | 800 | 1200 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Total Liabilities: 250

## ASSETS
(List as separately or jointly owned with spouse)

## SUMMARY

|  | Separate | Joint |  | Separate | |
|---|---|---|---|---|---|
| Cash | 789 |  | Total Assets | 3289 | |
| Automobiles | 2,500 |  | Less Total Liabilities | 3233 | |
| Bank Accounts | —0— |  | Net Worth | 56 | |
| Bonds | — |  |  |  | |
| Notes | — |  |  |  | |
| Real Estates | — |  |  |  | |
| Stocks | — |  |  |  | |
| Personal Property |  |  |  |  | |
|  |  |  |  |  | |
|  |  |  |  |  | |
| Total Assets | 3,389 |  |  |  | |

*Linda Cruz-Packer*

I certify that this statement indicates by current financial situation to the best of my knowledge.

Subscribed and sworn to before me this 18th day of MAY _____ 20 07