United States District Court
For the District of Columbia

**FILED**
JUL 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Linda Cruz-Packer
Plaintiff(s)

vs.

Michael Chertoff, Secretary,
U.S. Department of Homeland Security,
Transportation Security Administration
(Agency)
Defendant(s)

Case Number: 07 1235

## MOTION FOR APPOINTMENT OF COUNSEL

I, Linda Cruz-Packer, declare that I am the (check appropriate box):
☒ Plaintiff  ☐ Defendant   In the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I had a counselor, however I have no funds to continue to pay her & am filing a motion to proceed in forma paupers

In further support of my motion, I declare that (check appropriate box):

☒ I am not currently, nor previously have been represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

In further support of my motion, I declare that (Check appropriate box)

☐ I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

☒ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is true and correct representation of my financial status. Reference Case # 06-2263 RWR

☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 5/18/07

Movant's Signature: Linda Cruz-Packer

Street Address: 4800 Megan Dr
City/State/Zip: Clinton, Md 20735

**RECEIVED**
MAY 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3