FILED
JUL 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LINDA CRUZ-PACKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07 1235 |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| Department of Homeland Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will provisionally file this action and stay the proceedings. It appears that plaintiff brings this action under Title VII of the Civil Rights Act of 1964, alleging discrimination based on sex and race. The filing of charges with the Equal Employment Opportunity Commission ("EEOC") and the EEOC's issuance of a right to sue letter are conditions precedent to the filing of an action such as this in federal court. 42 U.S.C. § 2000e-5 (b), (e) and (f); see Park v. Howard University, 71 F.3d 904, 907 (D.C. Cir. 1995). In the absence of the issuance of a right to sue letter within 180 days of filing charges with the agency, the plaintiff is obligated to request that such a letter be issued. See 29 C.F.R. § 1601.28. Plaintiff does not provided evidence of administrative exhaustion, however.

Accordingly, it is hereby

**ORDERED** that **within thirty (30) days from the entry date of this Order**, plaintiff shall provide the Court with a right to sue letter indicating the agency's final determination of plaintiff's charge. Failure to comply with this order by the deadline will result in the dismissal of

this action without prejudice to plaintiff refiling after exhausting administrative remedies.

/s/ Henry Kennedy, Jr.
United States District Judge

Date: 6/27/07