UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA CRUZ-PACKER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-1235 |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, | : |
| Defendant. | : |

## ORDER

It is hereby

ORDERED that plaintiff's motion to proceed *in forma pauperis* [#2] is GRANTED, and it is further

ORDERED that the Clerk of Court randomly shall assign this matter to a judge for further proceedings.

SO ORDERED.

/s/ Reggie B. Walton
United States District Judge

Date: August 31, 2007