**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
U.S. Attorney General – DOJ
950 Pennsylvania Ave., NW
Washington, DC 20530

Civil Action, File Number __07-1235   RWR__

__Linda Chan-Packer__
V.
__Michael Chertoff, Secretary__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint. If you fail to do so, judgment by default will be taken against you for the ...of Summons and Complaint By Mail was...

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney General – DOJ
950 Pennsylvania Ave., NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
SEP 17 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☑ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 4984 7017

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

COMPLAINT
complaint in the above captioned manner at
er and Street Name or P.O. Box No.
nd Zip Code

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299 (Rev. 6/95)

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ___Columbia___

TO: Michael Chertoff, Secretary
Dept. of Homeland Security
TSA Hdqtrs., West Tower
Arlington, VA 22202-4220

Civil Action, File Number __07-1235 RWR__

~~Linda Cruz-Packer~~ Linda Cruz-Packer
v.

Michael Chertoff, Secretary

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

07-1235   JRT   9-13-07

...URN COPIES 1 AND 2 to the sender within

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Chertoff, Secretary
Dept. of Homeland Security
TSA Hdqtrs. West Tower
Arlington, VA 22202-4220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☒ Agent
                               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
L Braxton

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

[Stamp: U.S. NAVY ANACOSTIA ANNEX D.C. SEP 14 2007]

3. Service Type
☒ Certified Mail    ☐ Express Mail
☒ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0000 4984 7000

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

If you are served on behalf of a corporation, ...our signature your relationship to that entity. If ...t indicate under your signature your authority.

... days, you (or the party on whose behalf you ...plaint in any other manner permitted by law.

behalf you are being served) must answer the ...t by default will be taken against you for the

...t of Summons and Complaint By Mail was

_____ (US Official)

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)