UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA CRUZ- PACKER           )
    Plaintiff                           )
                                           )       Civil Action No. 07-1235 RWR
    v.                                     )
                                           )
MICHAEL CHERTOFF              )
    Defendant

**REASSIGNMENT OF CIVIL CASE**
(non-calendar committee)

The above entitled action was assigned on September 12, 2007 from Unassigned (9098)

to Judge Roberts because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:   Judge Roberts
& Courtroom Deputy
~~            ~~
    Statistical