IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA CRUZ-PACKER ) <br> 4800 Megan Drive ) <br> Clinton, Maryland 20735 ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, SECRETARY ) <br> Department of Homeland Security ) <br> TSA Headquarters, West Tower ) <br>  Arlington, Va. 22202-4220 ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-1235 (RWR) |

**NOTICE OF APPEARANCE**

_____ The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

 /s/
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 Fourth Street, N.W., E-4106
Washington, D.C.  20530
(202) 514-7224

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA CRUZ-PACKER ) <br> 4800 Megan Drive ) <br> Clinton, Maryland 20735 ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, SECRETARY ) <br> Department of Homeland Security ) <br> TSA Headquarters, West Tower ) <br> Arlington, Va. 22202-4220 ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-1235 (RWR) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2007 that a copy of the Notice

Of Appearance was served First-Class mail; postage prepaid to:

Linda Cruz-Packer
4800 Megan Drive
Clinton, Maryland 20735

                                                                                      __/s/_____
                                                                                     WYNEVA JOHNSON
                                                                                     Assistant United States Attorney
                                                                                     555 4th Street, N.W.
                                                                                     Washington, D.C. 20530
                                                                                     (202) 514-7224