UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LINDA CRUZ-PACKER** | ) | C.A. No.:   07-1235 |
| | ) | (RWR) |
| | ) | |
| Plaintiff, | ) | **JURY DEMAND** |
| v. | ) | |
| | ) | |
| **MICHAEL CHERTOFF, Secretary** | ) | |
| **Department of Homeland Security** | ) | |
| Defendant | ) | |
| | ) | |

## MOTION TO REQUEST EXTENSION OF TIME TO RESPOND TO MICHAEL CHERTOFF'S MOTION TO DISMISS

Defendant, MICHAEL CHERTOFF, has filed a motion to dismiss "Plaintiff's complaint against him in the above -captioned matter. Defendant argues that pursuant to Federal Rule of Civil Procedure 12(b)(1) that the complaint against him be dismissed for lack of subject matter jurisdiction.

Plaintiff has been out of town attending to family business and on an extended holiday vacation and only returned on the evening of December 2, 2007, to find out about the motion to dismiss. Therefore, Plaintiff is respectfully requesting an extension of time (preferably two weeks) to respond to MICHAEL CHERTOFF'S motion to dismiss.

Submitted this 3rd day of December, 2007.

*/s/ Linda Cruz-Packer*
Linda Cruz-Packer
4800 Megan Drive
Clinton, Maryland 20735

RECEIVED
DEC - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Notice to the Court requesting an extension of time to respond to defendant's motion to dismissed, was mailed regular postage, this 3rd day of December 2007.

*Linda Cruz-Packer*
Linda Cruz-Packer

Dept. of Homeland Security
TSA
OCR – West Tower, 2nd Fl. So.
601 S. 12th St. #TSA-6
Arlington, VA. 22202-4220