**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                              )
**LINDA CRUZ-PACKER,**          )
                              )
      **Plaintiff,**           )
                              )
        **v.**                )     **Civil Action No. 07-1235 (RWR)**
                              )
**MICHAEL CHERTOFF,**           )
                              )
      **Defendant.**           )
_____)

**ORDER TO SHOW CAUSE**

Defendant's motion to dismiss was denied by order signed December 12, 2007. Defendant was obligated to file an answer within 10 days after that order issued. Fed. R. Civ. P. 12(a)(4)(A). No answer has been filed. Factual allegations in a complaint, except allegations of damages, are admitted when not denied. Fed. R. Civ. P. 8(d). Accordingly, it is hereby

ORDERED that defendant shall show cause in writing by February 29, 2008 why the factual allegations in the complaint should not be deemed admitted.

SIGNED this 19th day of February, 2008.


                                 _____/s/_____
                                 RICHARD W. ROBERTS
                                 United States District Judge