UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA CRUZ-PACKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, )<br>Secretary of Homeland Security, )<br>Department of Homeland Security, )<br>)<br>Defendant. )<br>)<br>_____) | Civil Action No. 07-1235 (RWR) |

**DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff filed an Amended Complaint in this civil action and alleged that she was discriminated against on the basis of sex (female), race (African-American), sex (sexual harassment) and that she was subjected to retaliation in violation of the Civil Rights Act of 1964, as amended. Plaintiff also alleged that she was subjected to defamation. On November 19, 2007, in its first substantive response, defendant moved to dismiss plaintiff's claims. On December 12, 2007, this Court denied defendant's motion to dismiss without prejudice.

After denial of defendant's motion, under Fed.R.Civ. Rule 12(4)(A) the defendant's Answer to the complaint was due December 27, 2007. But through an inadvertence, defendant failed to calendar the due date and file its Answer to plaintiff's Amended Complaint.

On February 19, 2008, this court issued a Show Cause Order as to why no answer had been filed. The Court also asked whether the allegations in the complaint should be deemed

admitted.  As defendant has noted, the Answer was not filed because of a mistake and not to suggest that plaintiff's allegations are true.

Hence, defendant has moved for leave to file its answer to plaintiff's Amended Complaint.  In its answer, defendant sets forth the reasons why the factual allegations in the complaint should not be deemed admitted.

Moreover, deeming the allegations in the Amended Complaint as admitted by Defendant is tantamount to a finding of default against the government.  However, when one seeks default against the government or its officers, the standard is very high.  No judgment by default shall be entered against the United States or an officer or agency thereof unless the claimant establishes a claim or right to relief by evidence satisfactory to the court.  Fed. R. Civ. P. 55(e).  See also O-J-R v. Ashcroft, 216 F.R.D. 150, 152-53 (D.D.C. 2003) (Rule 55(e) prohibits courts from entering default judgments against the United States or officers or agencies thereof unless the claimant, by evidence satisfactory to the court, establishes a right to relief.).  As set forth in defendant's previously filed dispositive motion, plaintiff has not established a claim or right to relief against defendant.  Additionally, plaintiff has not shown any prejudice due to defendant's short delay in filing an answer.

Counsel deeply regrets the inconvenience to the Court and to the plaintiff that the Answer to plaintiff's Amended Complaint was not timely filed.

       Respectfully submitted,

       __/s/_____
       JEFFREY A. TAYLOR, D.C. BAR # 498610
       United States Attorney

       _/s/_____
       RUDOLPH CONTRERAS, D.C. Bar # 434122
       Assistant United States Attorney

       __/s/_____
       WYNEVA JOHNSON, DC Bar #278515
       Assistant United States Attorney
       555 4th Street, N.W.
       Room E-4106
       Washington, D.C. 20530

Of Counsel:
BRYAN A. BONNER
Senior Counsel, Administrative Litigation
Department of Homeland Security
Transportation Security Administration
Office of Chief Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on this _____ day of February, 2008, I caused the foregoing to be served first class mail, postage prepaid, to Plaintiff:

LINDA CRUZ-PACKER
48000 Megan Drive
Clinton, Maryland 20735

__/s/_____
WYNEVA JOHNSON
Assistant United States Attorney
555 4th Street, N.W.,
Room E-4106
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDA CRUZ-PACKER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1235 (RWR) |
| | ) |
| **MICHAEL CHERTOFF,** | ) |
| **Secretary of Homeland Security,** | ) |
| **Department of Homeland Security,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

**ORDER**

UPON CONSIDERATION of Defendant's Response to Order to Show Cause, and any Opposition there to and for good cause shown, it is this ____ day of March 2008,

ORDERED, that the Order to show Cause is discharged.

_____
UNITED STATES DISTRICT JUDGE

**Counsel for Defendant**
WYNEVA JOHNSON
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530

**Plaintiff**
LINDA CRUZ-PACKER
48000 Megan Drive
Clinton, Maryland 20735