UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LINDA CRUZ-PACKER | ) | C.A. No.: 07-1235 |
| | ) | (RWR) |
| Plaintiff, | ) | JURY DEMAND |
| v. | ) | |
| MICHAEL CHERTOFF, Secretary | ) | |
| Department of Homeland Security | ) | |
| Defendant | ) | |

### Motion to request an attorney and motion to request original request status for an attorney filed when plaintiff file the civil action against the defendant.

Linda Cruz-Packer, Pro se, litigant, is requesting the court to appoint an attorney to represent her, as permitted by Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. $ 2000. It should be noted that Plaintiff requested a court appointed attorney when she originally filed her civil complaint as outlined in the Office of Federal Operations, Petitioner's right to file a Civil Action.   Filed   7/10/07

Submitted this 22nd day of April 2008

Linda Cruz-Packer
Linda Cruz-Packer
4800 Megan Drive
Clinton, Maryland 20735

**RECEIVED**

APR 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT